**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 95-30089

IN THE MATTER OF:  CHERIE WARD,

Debtor,

CHERIE WARD,

Appellant,

versus

JEAN O. TURNER,

Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
(CA 93 3429 R)

( August 14, 1995)

Before SMITH, WIENER and DEMOSS, Circuit Judges.

PER CURIAM:[*]

Having considered the record on appeal of this case, studied the briefs of counsel, and heard oral argument of counsel for the parties on appeal, we are firmly convinced that this appeal--in fact, this entire case--is wholly without merit and frivolous as a

---

[*]Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

matter of law. For some six years now Appellant and her counsel have dragged this matter up and down the judicial system from bankruptcy court to district court to court of appeal and back in what can only be described as dilatory and vexatious pettifoggery including, as found unerringly by the bankruptcy court and two different district judges, the exercise of bad faith. This abuse and waste of judicial resources and of the assets of the bankruptcy estate of Appellant must cease; further frivolous and unmeritorious abuse of the civil justice system will not be tolerated.

This appeal is dismissed as frivolous; and, in light of the egregious abuses referred to above, we take the unusual but authorized additional step of directing the Clerk of this court to issue the mandate in this appeal forthwith. Additionally, the Clerk of this court shall not accept for filing any pleadings or other documents from or on behalf of Appellant without the prior consent of a member of this court.

Both Appellant and her counsel are sternly cautioned that any further actions or filings, in this court or any other federal court of this circuit, arising from or connected to the subject matter of this case, that are deemed by this court to be unmeritorious, frivolous, dilatory or contumacious, shall expose them or the one in question to the full panoply of sanctions at the disposal of this court including, without limitation, fines, contempt, and professional discipline.

SO ORDERED.

DISMISSED with cautions and restrictions on future filings.

2